**Memorandum Majority and Dissenting Opinions of October 27, 2022 Withdrawn; Petition for Writ of Mandamus Denied and Substitute Memorandum Opinion on Rehearing filed November 29, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00682-CV

### IN RE EQUINOR TEXAS ONSHORE PROPERTIES F/K/A STATOIL TEXAS ONSHORE PROPERTIES LLC; EQUINOR MARKETING & TRADING (US) INC.; EQUINOR NATURAL GAS LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-05368**

## SUBSTITUTE MEMORANDUM OPINION ON REHEARING

On October 27, 2022 the court denied the petition for a writ of mandamus filed by relators Equinor Texas Onshore Properties f/k/a Statoil Texas Onshore Properties LLC; Equinor Marketing & Trading (US) Inc; and Equinor Natural Gas LLC. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. A separate opinion was issued at that

time noting a procedural defect in the petition and dissenting on the ground of lack of notice to relators and giving relators an opportunity to cure. *See* Tex. R. App. P. 52.3(j) (requiring certification of the petition).

Relators have filed a motion for rehearing and a corrected petition that cures the procedural issue. After requesting a response from the real parties in interest, we grant the motion for rehearing and withdraw the October 27, 2022 opinions. *See* Tex. R. App. P. 49.2. Considering the corrected petition, we determine that relators are not entitled to mandamus relief, and we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.